Priority ___
Send ___
Enter ✗
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION
CIVIL MINUTES--GENERAL

Case No. CV 00-11507-LGB (SHx)   Date: June 2, 2003

Title   L.L. Benas v. Leroy Baca, et al.,

===========================================================

DOCKET ENTRY

===========================================================

PRESENT:

   Hon. STEPHEN J. HILLMAN, MAGISTRATE JUDGE

   SANDRA BUTLER                    _____
   Deputy Clerk                     Tape Number

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

N/A                                  N/A

PROCEEDINGS: (IN CHAMBERS)

   Defendants' Motion Regarding Plaintiff's Discovery Responses and Request for Sanctions has been taken under submission following oral argument on May 27, 2003.

   The court now partially grants and partially denies the Motion, as set forth below.

   Initially, the court rejects plaintiff's argument that the interrogatories at issue are supernumary in violation of F.R.Civ. P. 33(a). The first set of interrogatories should not be counted towards the 25 interrogatory limit, as that set was withdrawn prior to plaintiff responding. The second set was identical to Set One, except that the set contained one less interrogatory than Set One.

   The court also finds that the subparts in the interrogatories are necessarily related to the primary question, and should be counted as multiple interrogatories.



ENTERED ON ICMS
JUN - 3 2003
CV

Minute Order
June 2, 2003
Page 2
----------------

As for the Requests for Admission, plaintiff's preliminary objections are overruled. Deputy Rod's and Deputy Willoughby's propounded discovery are not both converted into 20 interrogatories.

As far as the individual interrogatories and requests for Admission, the Motion is granted, wit the following exceptions:

Special Interrogatory 23: denied

RFA's 1 and 2: granted, but limited to the one year period prior to the subject incident.

RFA's 4, 5 and 6; granted, subject to rephrasing that deletes the name of a particular officer, and replaces the specific name with "the officer who struck you."

RFA's 9,10 and 16: withdrawn by defendants at oral argument

RFA 15: granted, subject to rephrasing limited to a medical diagnosis of depression.

Compliance with this order within 30 days of this date.

Request for sanctions is denied.

cc:  Judge Baird
     Judge Hillman
     Parties of Record